SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ROBERT S. BEALL, Cal. Bar No. 132016
rbeall@sheppardmullin.com
SCOTT B. LIEBERMAN, Cal. Bar No. 208764
slieberman@sheppardmullin.com
RUBEN D. ESCALANTE, Cal. Bar No. 244596
rescalante@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130

Attorneys for Defendant
CIT SMALL BUSINESS LENDING CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

MRW, INC., a California corporation; and 500 LUTHER ROAD, LLC, a California limited liability company,

Plaintiffs,

v.

BIG-O TIRES, LLC, a Nevada limited liability company; CIT SMALL BUSINESS LENDING CORPORATION, a Delaware corporation; and DOES 1-50, inclusive,

Defendants.

Case No. 08-CV-01732 LKK (DAD)

Assigned For All Purposes To:
The Honorable Lawrence K. Karlton

**SECOND STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT; AND ORDER THEREON**

**[LOCAL RULE 6-144(a)]**

[Complaint Filed: July 27, 2008]
Trial Date: Not Yet Set

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties Defendant CIT SMALL BUSINESS LENDING CORPORATION ("CIT") and Plaintiffs MRW, INC. and 500 LUTHER ROAD, LLC (collectively "Plaintiffs"), that pursuant to Local Rule 6-144(a) of the United States District Court of the Eastern District of California, CIT is granted an additional 10-day extension in which to respond to Plaintiffs' Complaint. Accordingly, CIT's response shall be due on or before Monday, October 6, 2008.

This second stipulation seeks a brief, additional 10 day extension beyond the parties' initial stipulation of 30 days. As a result, the parties' seek the Court's approval of this second stipulation in accordance with Local Rule 6-144(a).

Dated: September 22, 2008

THE LAW OFFICES OF OLIVER R. GUTIERREZ

By *_/s/ Oliver R. Gutierrez_*
Oliver R. Gutierrez

Attorneys for Plaintiffs
MRW, INC. and LUTHER ROAD, LLC

Dated: September 22, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *_/s/ Scott B. Lieberman_*
Scott B. Lieberman

Attorneys for Defendant
CIT SMALL BUSINESS LENDING CORPORATION

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Based on the foregoing stipulation and for good cause appearing therefore, **it is hereby ordered that:**

1. The Second Stipulation Regarding Extension Of Time To Respond To Plaintiffs' Complaint is granted; and

2. Defendant CIT Small Business Lending Corporation shall file a response to the Complaint on or before Monday, October 6, 2008.

DATED: September 23, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange; I am over the age of eighteen years and not a party to the within entitled action; my business address is 650 Town Center Drive, 4th Floor, Costa Mesa, California 92626-1993.

On **September 22, 2008**, I served the following document described as **SECOND STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT; AND [PROPOSED] ORDER THEREON** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| Oliver R. Gutierrez<br>THE LAW OFFICES OF OLIVER R. GUTIERREZ<br>The Fitzpatrick building<br>2000 Broadway, Suite 331<br>Redwood City, CA 94063 | Counsel for Plaintiffs |
| Andrew Scott MacKay<br>Donahue Gallagher et al<br>P O Box 12979<br>Oakland, CA, 94604-2979 | Counsel for Big-O Tires |

☒ **BY ELECTRONIC MAIL:** On the above-mentioned date, from Orange County, California, I caused each such document to be transmitted electronically to the party(ies) at the e-mail address(es) indicated. To the best of my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed. A return receipt was requested at the time of the transmission of each such document and I did not receive a notice of failure of receipt of each such document.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **September 22, 2008**, at Costa Mesa, California.

Jeanette D. Francis



PDF created with pdfFactory trial version www.pdffactory.com