Oliver R. Gutierrez (State Bar No. 218696)
THE LAW OFFICES OF OLIVER R. GUTIERREZ
The Fitzpatrick Building
2000 Broadway, Suite 331
Redwood City, CA 94063
Telephone:   (650) 483-4771
Facsimile:   (650) 648-0454
Email:       oliver@olivergutierrezlaw.com

Attorney for Plaintiffs
MRW, INC., a California corporation and
500 LUTHER ROAD, LLC, a California
limited liability company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MRW, INC., a California corporation; and 500 LUTHER ROAD, LLC, a California limited liability company,<br><br>  Plaintiffs,<br><br>  vs.<br><br>BIG-O TIRES, LLC, a Nevada limited liability company; CIT SMALL BUSINESS LENDING CORPORATION, a Delaware corporation; and DOES 1-50, inclusive,<br><br>  Defendants. | Case No.: 2:08-cv-01732-LKK-DAD<br><br>STIPULATION TO CONTINUE THE HEARING ON DEFENDANT BIG-O TIRE'S MOTION TO DISMISS<br><br>[Local Rule 78-230]<br><br>  Complaint Filed: July 27, 2008 |

---

1

STIPULATION TO CONTINUE THE HEARING ON DEFENDANT BIG-O TIRE'S MOTION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Eastern District Local Rule 78-230, Plaintiffs MRW, Inc. and 500 Luther Road, LLC and Defendant Big O Tires, LLC, by and through their counsel, hereby stipulate that the hearing on defendant's motion to dismiss shall be continued from Monday, November 3, 2008 10:00am to Monday, November 17, 2008 at 10:00am.

The parties seek the Court's approval of this continuance in accordance with Rule 78-230.

Dated: September 29, 2008          LAW OFFICES OF OLIVER R. GUTIERREZ

                                   By:   /s/  OLIVER R. GUTIERREZ
                                         OLIVER R. GUTIERREZ
                                         Attorney for Plaintiffs MRW, INC., a California corporation and 500 LUTHER ROAD, LLC, a California limited liability company

Dated: September 29, 2008          ROBINSON WATERS & O'DORISIO, P.C.

                                   By:   /s/ ZACHARY P. MUGGE
                                         HAROLD R. BRUNO, III
                                         ZACHARY P. MUGGE

                                         and

                                         DONAHUE GALLAGHER WOODS LLP

                                         ANDREW S. MACKAY
                                         Attorneys for Defendant
                                         BIG O TIRES, LLC

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Based on the foregoing stipulation, it is hereby ordered that:

1. The hearing on defendant Big O Tires' motion to dismiss shall be continued from Monday, November 3, 2008 at 10:00am to Monday, November 17, 2008 at 10:00am.

IT IS SO ORDERED.

DATED: October 3, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT