Oliver R. Gutierrez (SBN: 218696)
THE LAW OFFICES OF OLIVER R. GUTIERREZ
The Fitzpatrick Building
2000 Broadway, Suite 331
Redwood City, CA 94063
Telephone:   (650) 483-4771
Facsimile:    (650) 648-0454
Email:          oliver@olivergutierrezlaw.com

Attorney for Plaintiffs
MRW, INC., a California corporation and
500 LUTHER ROAD, LLC, a California
limited liability company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MRW, INC., a California corporation; and 500 LUTHER ROAD, LLC, a California limited liability company,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>BIG-O TIRES, LLC, a Nevada limited liability company; CIT SMALL BUSINESS LENDING CORPORATION, a Delaware corporation; and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:08-cv-01732-LKK-DAD<br><br>STIPULATION TO CONTINUE THE HEARING ON DEFENDANT CIT'S MOTION TO DISMISS<br><br>[Local Rule 78-230]<br><br>　　Complaint Filed: July 27, 2008 |

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Eastern District Local Rule 78-230, Plaintiffs MRW, Inc. and 500 Luther Road, LLC and Defendant CIT Small Business Lending Corporation, by and through their counsel, hereby stipulate that the hearing on Defendant's motion to dismiss shall be continued from Monday, February 9, 2009 10:00am to Monday, February 23, 2009 at 10:00am.

The parties seek the Court's approval of this continuance in accordance with Rule 78-230.

Dated: January 14, 2009          LAW OFFICES OF OLIVER R. GUTIERREZ

                                 By:     /s/  OLIVER R. GUTIERREZ
                                         OLIVER R. GUTIERREZ
                                         Attorney for Plaintiffs MRW, INC., a California
                                         corporation and 500 LUTHER ROAD, LLC, a
                                         California limited liability company


Dated:  January 14, 2009         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                 By:     /s/ SCOTT B. LIEBERMAN
                                         SCOTT B. LIEBERMAN
                                         Attorneys for Defendant
                                         CIT SMALL BUSINESS LENDING
                                         CORPORATION

2
STIPULATION TO CONTINUE THE HEARING ON DEFENDANT CIT'S MOTION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Based on the foregoing stipulation, it is hereby ordered that:

1. The hearing on Defendant CIT's motion to dismiss shall be continued from Monday, February 9, 2009 at 10:00am to Monday, February 23, 2009 at 10:00am.

IT IS SO ORDERED.

DATED: January 16, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com