UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MRW, INC., a California corporation; and 500 LUTHER ROAD LLC, a California limited liability company,

        NO. CIV. S-08-1732 LKK/DAD

    Plaintiff,

    v.                            O R D E R

BIG-O TIRES, LLC, a Nevada limited liability company; CIT SMALL BUSINESS LENDING CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive,

    Defendants.

     Pending before the court is defendants' motion for certification of this court's November 26, 2008 order for interlocutory appeal and for stay of proceedings. The court does not find oral argument necessary in this matter. Accordingly, the

////

////

1

1 | hearing currently set for January 30, 2009 is VACATED.
2 |     IT IS SO ORDERED.
3 |     DATED: January 27, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT