UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MRW, INC., a California corporation; and 500 LUTHER ROAD LLC, a California limited liability company,

        Plaintiff,

   v.

BIG-O TIRES, LLC, a Nevada limited liability company; CIT SMALL BUSINESS LENDING CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive,

        Defendants.

                               /

NO. CIV. S-08-1732 LKK/DAD

O R D E R

On October 16, 2009, the court granted summary judgment to third party plaintiff CIT Small Business Lending Corporation on its breach of contract claims against third party defendants Wayne D. Platner, Cathy R. Platner, Keith K. Platner, and Laurie E. Platner. On November 4, 2009, CIT requested an entry of judgment entitling CIT to recover six hundred forty seven thousand six hundred

1

1 seventeen dollars and forty eight cents ($647,617.48), a figure
2 that incorporates prejudgment interest of 10%, and to additionally
3 recover postjudgment interest in accordance with 28 U.S.C. § 1961.
4 No objections to this request have been filed.
5    The court hereby GRANTS the third party defendants twenty (20)
6 from the date of this order to file objections to this request.
7 If no objections are received, CIT's request will be granted.  If
8 objections are filed, CIT may respond within fifteen (15) days.
9    IT IS SO ORDERED.
10    DATED:  November 23, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2