UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MRW, INC., a California corporation; and 500 LUTHER ROAD, LLC, a California limited liability company,<br><br>        Plaintiff,<br>    v.<br><br>BIG-O TIRES, LLC, a Nevada limited liability company; CIT SMALL BUSINESS LENDING CORPORATION, a Delaware corporation; and DOES 1-50, inclusive,<br><br>        Defendants.<br>_____<br>CIT SMALL BUSINESS LENDING CORPORATION, a Delaware corporation,<br><br>        Third Party Plaintiff,<br>    v.<br><br>WAYNE D. PLATNER, an individual; CATHY R. PLATNER, an individual; KEITH K. PLATNER, an individual; LAURIE E. PLATNER, an individual; and ROES 1-50, inclusive,<br><br>        Third Party Defendants. | Case No. 08-CV-01732 LKK (DAD)<br><br>Assigned for all purposes to:<br>The Honorable Lawrence K. Karlton<br><br>**JUDGMENT IN A CIVIL ACTION** |

PDF created with pdfFactory trial version www.pdffactory.com

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that Third Party Plaintiff CIT Small Business Lending Corporation ("CIT") recover from Third Party Defendants Wayne D. Platner, Cathy R. Platner, Keith K. Platner and Laurie E. Platner the following amounts:

1. Compensatory Damages in the amount of $647,617.48;

2. Prejudgment interest in the amount of $58,729.15, calculated at the rate of 10% per annum (based on a 365-day year) from the date CIT filed its Third Party Complaint (March 2, 2009) up to and including the date that CIT has submitted this Judgment in a Civil Action (January 27, 2010);

3. Postjudgment interest shall accrue as of the date this Judgment in a Civil Action is executed, pursuant to 28 U.S.C. section 1961;

4. Costs in the amount of $5,882.55; and

5. Attorneys' Fees and Costs in the amount of $193,089.43.

This action was decided by Judge Lawrence K. Karlton on October 16, 2009 when the Court granted Third Party Plaintiff CIT Small Business Lending Corporation's Motion for Summary Judgment Against Wayne Platner, Cathy Platner, Keith Platner, and Laurie Platner (Docket No. 100).

Date: February 9, 2010

_[signature]_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

W02-WEST:3SBL1\402443321.2

PDF created with pdfFactory trial version www.pdffactory.com

1 | Respectfully submitted,
2 | DATED: January 27, 2010
3 |                              SHEPPARD MULLIN RICHTER & HAMPTON LLP
4 |
5 |                              By          */s/ Scott B. Lieberman*
6 |                                      SCOTT B. LIEBERMAN
                                        Attorneys for Defendant
7 |                                      and Third Party Plaintiff
8 |                                   CIT SMALL BUSINESS LENDING
                                              CORPORATION

W02-WEST:3SBL1\402443321.2

PDF created with pdfFactory trial version www.pdffactory.com